# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132381

PEOPLE OF MICHIGAN,
        Plaintiff-Appellee,

v

GERALD LEROY WERTH II,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132381
COA: 272075
Lapeer CC: 05-008439-FH

On order of the Court, the application for leave to appeal the August 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

Clerk

11218